No. D–2123.   IN RE DISBARMENT OF ROMM.   Stuart A. Romm, of Brockton, Mass., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring

him to show cause why he should not be disbarred from the practice of law in this Court.